Argued and submitted January 15,
modified February 16, 1982

In the Matter of Richard Lee
Scott, Alleged to be a Mentally
Retarded Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD LEE SCOTT,
*Appellant.*

(No. 1252, CA A21572)

640 P2d 709

Steven H. Gorham, Salem, argued the cause and filed the brief for appellant.

Christine L. Dickey, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Young, Judge, and Roberts, Judge Pro Tempore.

PER CURIAM

## PER CURIAM

The state confesses error as to the extent of the commitment imposed on appellant by the trial court. Pursuant to our authority under Or Const, Art VII (Amended), § 3, appellant's commitment to the custody of the Mental Health Division is modified to a period not to exceed one year. ORS 427.290(3).